## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**ROGERS FARMS**
**(F/K/A TRIPLE R FARMS)** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 4:11-CV-114-SA-JMV**

**BOARDWALK PIPELINE PARTNERS, LP;**
**TEXAS GAS TRANSMISSION, LLC** **DEFENDANTS**

### ORDER

Before the court is Texas Gas Transmission, LLC's Rule 37 motion to compel responses to certain written discovery requests [Doc. 27]. Specifically, Texas Gas asserts that Plaintiff's responses to certain requests regarding Plaintiff's sales of crops before, during, and after construction of the subject pipeline are deficient. Plaintiff has not responded to this motion. [1]

The court has reviewed the motion and the responses served by Plaintiff and finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. That Defendant's motion to compel is GRANTED; and

2. That to the extent any information responsive to the four requests that are the subject of Defendant's motion exists, including–but not limited to–information regarding "amount of crops sold, type of crops sold, date of sale, and/or price received for any crops harvested both prior to and subsequent to construction of the subject pipeline," **Plaintiff shall serve full and complete responses to said discovery within five (5) days of this date.**

THIS, the 26th day of June, 2012.

/s/ Jane M. Virden
**U. S. MAGISTRATE JUDGE**

---

[1] The court notes, however, that Plaintiff served supplemental responses to Defendant's discovery on June 18, 2012. [Doc. 30].